# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 22, 2009

Charles R. Fulbruge III
Clerk

No. 09-20237
Summary Calendar

KEVIN A HOPKINS,

Plaintiff–Appellant,

v.

PHILLIP O BICKHAM, Warden II, Texas Department of Criminal Justice – Institution Division; LATUNJA M JONES, Case Manager III, Texas Department of Criminal Justice – Institution Division; SONIE MANGUM, Practice Manager Texas Department of Criminal Justice – UTMB Division,

Defendants–Appellees.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:08-CV-2577

Before GARZA, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

Kevin A. Hopkins, Texas prisoner # 1454932, has appealed the district court's interlocutory order denying his motion for appointment of counsel. Hopkins has not shown that this case presents exceptional circumstances and thus has not shown that the district court abused its discretion in refusing to

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

appoint counsel. *See Cupit v. Jones*, 835 F.2d 82, 86 (5th Cir. 1987); *Ulmer v. Chancellor*, 691 F.2d 209, 212-13 (5th Cir. 1982). The district court's order is

AFFIRMED.